ACCEPTED
04-15-00561-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/30/2015 8:39:25 AM
KEITH HOTTLE
CLERK

## NO. 04-15-00561-CV

**IN THE
FOURTH COURT OF APPEALS
AT SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/30/2015 8:39:25 AM
KEITH E. HOTTLE
Clerk

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO D/BA CASA RIO HEALTHCARE AND REHABILITATION,
Appellant**

**v.**

**HELEN ARLENE OWEN, ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND HEIRS OF LILY MINES, DECEASED, *et al.*,
Appellees**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF UNTIL 21 DAYS AFTER THE PARTIES MEDIATE**

Gavin McInnis
Texas Bar No. 13679800
gavin@marynellmaloneylawfirm.com
Michelle Maloney
Texas Bar No. 24069099
michelle@marynellmaloneylawfirm.com
Marynell Maloney Law Firm, PLLC
115 E. Travis, Suite 1800
San Antonio, Texas 78205
(210) 212-8000 telephone
(210) 212-8385 facsimile
*Attorneys for Appellees*

1

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

Appellees, Helen Arlene Owen, on Behalf of all Wrongful Death Beneficiaries and Heirs of Lily Mines, Deceased; Trinidad Virginia Luna Rangel and Ted Richard Luna, as all Wrongful Death Beneficiaries and Heirs of Trinidad Luna, Deceased; Carrie Lopez, on behalf of all Wrongful Death Beneficiaries and Heirs of Porfirio Ramirez, Deceaased; Sandra Mata, on behalf of all Wrongful Death and Beneficiaries and Heirs of Juanita Trinidad, Deceased, Carmen Perez, as Wrongful Death Beneficiary and on Behalf of the Estate of Sally Perez, Deceased and Reginald Bateman, as Wrongful Death Beneficiary and Heir of Doris Lewis, Deceased file this *unopposed* motion asking the court for an extension of time to file their Appellees' Brief until January 5, 2016, which is 21 days after the date the parties' have agreed to mediate the underlying dispute.

The parties have scheduled a mediation of the underlying dispute for December 15, 2015.

Appellees' Brief is currently due on November 16, 2015. Appellees respectfully request an extension of time for Appellees to file their brief until January 5, 2016, which is 21 days after the mediation date agreed upon by the parties.

This is Appellees' first request for an extension of time to file their brief. This request is unopposed.

Good cause exists for this request. As noted above, the parties have agreed to mediate the underlying dispute. Granting the extension sought by Appellees will promote "the policy of this state to encourage the peaceable resolution of disputes…and the early settlement of pending litigation through voluntary settlement procedures." TEX. CIV. PRAC. & REM. CODE § 154.002. Furthermore, the mediation, if successful, will result in a dismissal of this appeal thus freeing up judicial resources.

This extension is not sought for the purposes of delaying this appeal, but so that justice may be done.

## PRAYER

Appellees respectfully request that the Court extend the deadline for Appellees to file Appellees' Brief until January 5, 2016.

Respectfully submitted,

/s/ Gavin McInnis
Gavin McInnis
Texas Bar No. 13679800
gavin@marynellmaloneylawfirm.com
Michelle Maloney
Texas Bar No. 24069099
michelle@marynellmaloneylawfirm.com
115 E. Travis, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 212-8000
Facsimile: (210) 212-8385
**Attorneys for Appellees**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 29, 2015, I conferred by e-mail with Jeffrey Cook, counsel for Appellant, who advised that he is *unopposed* to this motion.

/s/ Gavin McInnis
Gavin McInnis

**CERTIFICATE OF SERVICE**

This is to certify that on the 30th day of October 2015 a copy of the foregoing was served pursuant to the Texas Rule of Appellate Procedure 9.5 upon the following counsel:

| | |
|---|---|
| Jeffrey Cook<br>jcook@sullivancook.com<br>Adam Barela<br>abarela@sullivancook.com<br>SULLIVAN & COOK, LLC<br>600 E. Las Colinas Blvd., Suite 1300<br>Irving, Texas  75039<br>***Attorneys for Appellant*** | Carl J. Kolb<br>carl@carlkolblaw.com<br>Jeffrey L. Stewart<br>jeff@carlkolblaw.com<br>CARL J. KOLB, P.C.<br>926 Chulie Drive<br>San Antonio, Texas  78216<br>***Attorneys for Appellant*** |
| Elizabeth Conry Davidson<br>conrydavidson@gmail.com<br>926 Chulie Drive<br>San Antonio, Texas  78216 | |

/s/ Gavin McInnis